IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RE: DARRYL O'BRIAN JONES  
Debtor

CASE NO: 4:16-bk-14082 T  
Chapter 13

DEBTOR'S CERTIFICATION REGARDING
DOMESTIC SUPPORT OBLIGATION PURSUANT TO 11 U.S.C. §1328(a)

__✓__ **I, DARRYL O'BRIAN JONES, do not have a domestic support obligation** (i.e., I have not been required by a judicial or administrative order, or by statue to pay any domestic support obligation as defined in 11 U.S.C. § 101(14A) either before this proceeding was filed or at any time after the date of filing).

-OR-

_____ **I, DARRYL O'BRIAN JONES, have a domestic support obligation and have paid all amounts due** (i.e., I have paid all amounts due under any and all domestic support obligations as defined in 11 U.S.C. § 101(14A), required by a judicial or administrative order or by statue, including amounts due before, during and after this proceeding was filed.)

-OR-

_____ **I, DARRYL O'BRIAN JONES, have a domestic support obligation, but have NOT paid all amounts due** (i.e., I have NOT paid all amounts due under any and all domestic support obligations as defined in 11 U.S.C. § 101(14A), required by a judicial or administrative order or by statue, including amounts due before, during and after this proceeding was filed.)

I, DARRYL O'BRIAN JONES, declare under penalty of perjury that the information provided in this Certification is true and correct.

Date: 10-6-21          Signature: _____  
                                    DARRYL O'BRIAN JONES

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RE: JACQUELINE LORETTA JONES  
Debtor

CASE NO: 4:16-bk-14082 T

Chapter 13

DEBTOR'S CERTIFICATION REGARDING
DOMESTIC SUPPORT OBLIGATION PURSUANT TO 11 U.S.C. §1328(a)

__✓__ **I, JACQUELINE LORETTA JONES, do not have a domestic support obligation** (i.e., I have not been required by a judicial or administrative order, or by statue to pay any domestic support obligation as defined in 11 U.S.C. § 101(14A) either before this proceeding was filed or at any time after the date of filing).

-OR-

_____ **I, JACQUELINE LORETTA JONES, have a domestic support obligation and have paid all amounts due** (i.e., I have paid all amounts due under any and all domestic support obligations as defined in 11 U.S.C. § 101(14A), required by a judicial or administrative order or by statue, including amounts due before, during and after this proceeding was filed.)

-OR-

_____ **I, JACQUELINE LORETTA JONES, have a domestic support obligation, but have NOT paid all amounts due** (i.e., I have NOT paid all amounts due under any and all domestic support obligations as defined in 11 U.S.C. § 101(14A), required by a judicial or administrative order or by statue, including amounts due before, during and after this proceeding was filed.)

I, JACQUELINE LORETTA JONES, declare under penalty of perjury that the information provided in this Certification is true and correct.

Date: 10-6-21          Signature: *Jacqueline Loretta Jones*  
                                   JACQUELINE LORETTA JONES